IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JOHN THOMPSON NIX, JR.**                                                                 **PLAINTIFF**

v.                              No. 3:15-CV-00344-JTR

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration**                                                      **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is REVERSED, and this case is REMANDED for proceedings specified in the Court's order.

So ordered this 14th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE