UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN NIX                                                                                           PLAINTIFF

VS.                                          3:15-CV-00344-JTR

CAROLYN W. COLVIN
Acting Commissioner,
Social Security Administration                                          DEFENDANT

### ORDER

Pending is Plaintiff's Application for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.[1]  Defendant does not object.[2]

Since the hours spent by counsel were reasonable, Plaintiff's motion, *doc. 17*, is GRANTED and Plaintiff is awarded attorney's fees and costs in the amount of $2,199.67.[3]

The EAJA fee award is payable to Plaintiff, should be mailed to Plaintiff's counsel, and is subject to any offset to satisfy any pre-existing debt owed to the United States.[4]

---

[1] *Doc. 17.*

[2] *Doc. 19.*

[3] *Doc. 18.* (1.05 attorney hours in 2015 at $191/hour; 8.35 attorney hours in 2016 at $193/ hour; 4.90 paralegal hours at $75/ hour totaling fees of $2,179.60; and costs of $20.07).

[4] *Astrue v. Ratliff*, 130 S. Ct. 2521, 2527-28 (2010).

2

IT IS SO ORDERED this 31st day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE